No. 631. THE BALTIMORE & OHIO RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* DAVID BRANSON. In error to the

Court of Appeals of the State of Maryland. Argued January 26, 1917. Decided January 29, 1917. *Per Curiam.* Judgment reversed with costs upon the authority of *Delaware, Lackawanna & Western R. R. Co.* v. *Yurkonis,* 238 U. S. 439; *Shanks* v. *Delaware, Lackawanna & Western R. R. Co.,* 239 U. S. 556; *Chicago, Burlington & Quincy R. R. Co.* v. *Harrington,* 241 U. S. 177, 180; *Minneapolis & St. Louis R. R. Co.* v. *Winters, ante,* 353. Mr. George A. Pearre, Mr. Duncan K. Brent and Mr. A. Taylor Smith for the plaintiff in error. Mr. Albert A. Doub, Mr. F. Brooke Whiting and Mr. George Lewis Eppler for the defendant in error.